**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-06513-PMG |
| | § | |
| JAIME POHERO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Robert Altman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $200,000.00 | Assets Exempt: | $7,600.00 |
| Total Distributions to Claimants: | $2,629.58 | Claims Discharged Without Payment: | $220,394.50 |
| Total Expenses of Administration: | $4,870.42 | | |

3) Total gross receipts of $7,500.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $4,870.42 | $4,870.42 | $4,870.42 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $110,402.42 | $110,402.42 | $2,629.58 |
| General Unsecured Claims (from **Exhibit 7**) | $109,001.58 | $37,982.08 | $37,982.08 | $0.00 |
| **Total Disbursements** | $109,001.58 | $153,254.92 | $153,254.92 | $7,500.00 |

4). This case was originally filed under chapter 7 on 08/31/2011. The case was pending for 14 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/04/2012        By: /s/ Robert Altman
                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 1990 Bow Rider, doesn't run, needs interior 1960 Row boat | 1129-000 | $300.00 |
| 1996 coleman pop-up camper | 1129-000 | $800.00 |
| 1999 Kawasaki Motorcycle | 1129-000 | $400.00 |
| transfers and expenditures within the two years prior to filing | 1141-000 | $6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | 4110-000 | $0.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert Altman, Trustee | 2100-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| Robert Altman, Trustee | 2200-000 | NA | $50.70 | $50.70 | $50.70 |
| Green Bank | 2600-000 | NA | $25.74 | $25.74 | $25.74 |
| Clerk of the Court | 2700-000 | NA | $293.00 | $293.00 | $293.00 |
| Jacob A. Brown, Esq., Special Counsel for Trustee | 3210-600 | NA | $2,881.50 | $2,881.50 | $2,881.50 |
| Jacob A. Brown, Esq., Special Counsel for Trustee | 3220-610 | NA | $119.48 | $119.48 | $119.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$4,870.42** | **$4,870.42** | **$4,870.42** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (5/1/2011)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | NA | $110,402.42 | $110,402.42 | $2,629.58 |
|  | Internal Revenue Service | 5800-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** |  |  | $0.00 | $110,402.42 | $110,402.42 | $2,629.58 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Internal Revenue Service | 7400-000 | NA | $3,274.61 | $3,274.61 | $0.00 |
| 2 | GE Capital Retail Bank | 7100-000 | $2,898.00 | $2,993.33 | $2,993.33 | $0.00 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | $9,977.00 | $9,977.80 | $9,977.80 | $0.00 |
| 4 | American Express Centurion Bank | 7100-000 | $3,572.00 | $3,572.05 | $3,572.05 | $0.00 |
| 5 | FIA Card Services, N.A. as successor to | 7100-000 | $6,962.00 | $6,962.80 | $6,962.80 | $0.00 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $9,224.00 | $9,427.87 | $9,427.87 | $0.00 |
| 7 | Dell Financial Services, LLC | 7100-000 | $1,729.00 | $1,773.62 | $1,773.62 | $0.00 |
|  | Bank Of America | 7100-000 | $33,660.00 | NA | NA | $0.00 |
|  | Chase | 7100-000 | $4,000.00 | NA | NA | $0.00 |
|  | Chase | 7100-000 | $2,443.00 | NA | NA | $0.00 |
|  | Hsbc/bsbuy | 7100-000 | $1,563.00 | NA | NA | $0.00 |
|  | Nationwide Credit | 7100-000 | $3,572.05 | NA | NA | $0.00 |
|  | Northland Group | 7100-000 | $9,189.62 | NA | NA | $0.00 |
|  | Option Care Nevada | 7100-000 | $2,718.91 | NA | NA | $0.00 |
|  | Rbs Citizens Na | 7100-000 | $10,567.00 | NA | NA | $0.00 |
|  | Rs Clark And Associate | 7100-000 | $2,638.00 | NA | NA | $0.00 |
|  | Sears/cbna | 7100-000 | $4,288.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $109,001.58 | $37,982.08 | $37,982.08 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 11-06513-PMG | Trustee Name: | Robert Altman |
|---|---|---|---|
| Case Name: | POHERO, JAIME | Date Filed (f) or Converted (c): | 08/31/2011 (f) |
| For the Period Ending: | 10/4/2012 | §341(a) Meeting Date: | 10/04/2011 |
| | | Claims Bar Date: | 07/20/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 971 E Falcon Street Panrump, NV | $200,000.00 | $0.00 | | $0.00 | FA |
| 2 | Checking | $800.00 | $0.00 | | $0.00 | FA |
| 3 | Savings | $1,800.00 | $0.00 | | $0.00 | FA |
| 4 | Basic household goods including livingroom, bedroom, kitchen | $1,200.00 | $0.00 | | $0.00 | FA |
| 5 | Compact disks | $25.00 | $0.00 | | $0.00 | FA |
| 6 | Basic clothing | $200.00 | $0.00 | | $0.00 | FA |
| 7 | Fishing poles, tackle | $75.00 | $0.00 | | $0.00 | FA |
| 8 | 2000 GMC Jimmy | $1,000.00 | $0.00 | | $0.00 | FA |
| 9 | 2 utility trailers open, 5x7 and 7x12 | $800.00 | $0.00 | | $0.00 | FA |
| 10 | 1999 Kawasaki Motorcycle | $1,500.00 | $400.00 | | $400.00 | FA |
| 11 | 1996 coleman pop-up camper | $800.00 | $800.00 | | $800.00 | FA |
| 12 | 1990 Bow Rider, doesn't run, needs interior 1960 Row boat | $500.00 | $300.00 | | $300.00 | FA |
| 13 | transfers and expenditures within the two years prior to filing | $0.00 | $6,000.00 | | $6,000.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $208,700.00 | $7,500.00 | | $7,500.00 | $0.00 |

**Major Activities affecting case closing:**

Order Approving Application to Employ Jacob A. Brown as Special Attorney for the Estate signed December 1, 2011.

Complaint filed by Trustee objecting to Debtor's discharge filed December 5, 2011.

Trustee's Notice of Intent to Compromise Claims with debtor filed April 17, 2012. The notice provides that the debtor will pay the estate $7,500.00 in settlement of a Complaint to Deny Debtor's Discharge, actual distributed funds, expenditures, transfers and to buyback personalty. The debtor will pay the estate five equal installments of $1,500.00 Beginning May 15, 2012.

Order Granting Motion to Approve Compromise of Controversy between the Trustee and debtor signed May 15, 2012.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| Case No.: | 11-06513-PMG | Trustee Name: | Robert Altman |
| Case Name: | POHERO, JAIME | Date Filed (f) or Converted (c): | 08/31/2011 (f) |
| For the Period Ending: | 10/4/2012 | §341(a) Meeting Date: | 10/04/2011 |
| | | Claims Bar Date: | 07/20/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 11/15/2012     **Current Projected Date Of Final Report (TFR):** 08/15/2012     /s/ ROBERT ALTMAN
                                                                                                                                   ROBERT ALTMAN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| **Case No.** | 11-06513-PMG | | **Trustee Name:** | Robert Altman |
| **Case Name:** | POHERO, JAIME | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******3975 | | **Checking Acct #:** | ******1301 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 8/31/2011 | | **Blanket bond (per case limit):** | $1,000,000.00 |
| **For Period Ending:** | 10/4/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/26/2012 | | Jaime Pohero | compromise | * | $7,500.00 | | $7,500.00 |
| | {13} | | $6,000.00 | 1141-000 | | | $7,500.00 |
| | {11} | | $800.00 | 1129-000 | | | $7,500.00 |
| | {12} | | $300.00 | 1129-000 | | | $7,500.00 |
| | {10} | | $400.00 | 1129-000 | | | $7,500.00 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.56 | $7,498.44 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $12.10 | $7,486.34 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $12.08 | $7,474.26 |
| 09/02/2012 | 5001 | Robert Altman | Trustee Compensation | 2100-000 | | $1,500.00 | $5,974.26 |
| 09/02/2012 | 5002 | Robert Altman | Trustee Expenses | 2200-000 | | $50.70 | $5,923.56 |
| 09/02/2012 | 5003 | Clerk of the Court | Final Distribution; Claim #: ; Amount Allowed: 293.00; Dividend: 3.92; Amount Claimed: 293.00; Claim #: ; | 2700-000 | | $293.00 | $5,630.56 |
| 09/02/2012 | 5004 | Jacob A. Brown, Esq. | Final Distribution; Claim #: ; Amount Allowed: 2,881.50; Dividend: 38.55; Amount Claimed: 2,881.50; Claim #: ; | 3210-600 | | $2,881.50 | $2,749.06 |
| 09/02/2012 | 5005 | Jacob A. Brown, Esq. | Final Distribution; Claim #: ; Amount Allowed: 119.48; Dividend: 1.59; Amount Claimed: 119.48; Claim #: ; | 3220-610 | | $119.48 | $2,629.58 |
| 09/02/2012 | 5006 | Internal Revenue Service | Final Distribution; Claim #: 1; Amount Allowed: 110,402.42; Dividend: 35.18; Amount Claimed: 110,402.42; Claim #: 1; | 5800-000 | | $2,629.58 | $0.00 |

**SUBTOTALS**  $7,500.00   $7,500.00

# FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 11-06513-PMG | **Trustee Name:** | Robert Altman |
| **Case Name:** | POHERO, JAIME | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******3975 | **Checking Acct #:** | ******1301 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 8/31/2011 | **Blanket bond (per case limit):** | $1,000,000.00 |
| **For Period Ending:** | 10/4/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|   |   |   |
|---|---|---|
| **TOTALS:** | $7,500.00 | $7,500.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $7,500.00 | $7,500.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $7,500.00 | $7,500.00 | |

**For the period of 8/31/2011 to 10/4/2012**

| | |
|---|---|
| Total Compensable Receipts: | $7,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/26/2012 to 10/4/2012**

| | |
|---|---|
| Total Compensable Receipts: | $7,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-06513-PMG | Trustee Name: | Robert Altman |
|---|---|---|---|
| Case Name: | POHERO, JAIME | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******3975 | Checking Acct #: | ******1301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/31/2011 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 10/4/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $7,500.00 | $7,500.00 | $0.00 |

**For the period of 8/31/2011 to 10/4/2012**

| | |
|---|---|
| Total Compensable Receipts: | $7,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/31/2011 to 10/4/2012**

| | |
|---|---|
| Total Compensable Receipts: | $7,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |